```
 1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA  94610
 3  Telephone:  (510) 893-6682

 4  Attorneys for Plaintiff
    RICHARD SKAFF
 5
```

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| RICHARD SKAFF | CASE NO. C 05-1746 MJJ |
|     Plaintiff, | <u>Civil Rights</u> |
| V. | GRANTED |
| LARKSPUR LANDING, LLC; INLAND WESTERN LARKSPUR, L.L.C.; BED BATH & BEYOND INC.; MARIN BREWING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP; NOONAN'S, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT LARKSPUR LANDING LLC.**<br><br>FRCP 41 (a) (1) (ii). |
|     Defendants. | |

Plaintiff Richard Skaff and defendant Larkspur Landing, LLC, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on April 27, 2005.

Plaintiff Richard Skaff and defendant Larkspur Landing, LLC have entered into a "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Larkspur Landing, LLC" which settles all aspects of the lawsuit against said defendant Larkspur Landing, LLC. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff Richard Skaff and defendant Larkspur Landing, LLC stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Proof of Service

Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendant Larkspur Landing, LLC.

Defendant Larkspur Landing, LLC, who has answered the complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures..

Wherefore, plaintiff Richard Skaff and defendant Larkspur Landing, LLC, by and through their attorneys of record, so stipulate.

Date: 4/11/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Richard Skaff

Date: 4/11/06

SHARTSIS FRIESE LLP

/s/ Erick C. Howard
_____
Erick C. Howard
Attorney For Defendant
Larkspur Landing, LLC

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendant Larkspur Landing, LLC is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Larkspur Landing, LLC."

Date: 4/13/2006

_____
Martin J. Jenkins
United States District Court Judge

Proof of Service                                              -1-

Proof of Service    -2-