E-filing

1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF

**FILED**

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>        Plaintiff,<br><br>V.<br><br>LARKSPUR LANDING, LLC; INLAND WESTERN LARKSPUR, L.L.C.; BED BATH & BEYOND INC.; MARIN BREWING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP; NOONAN'S, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>        Defendants. | CASE NO. C 05-1746 MJJ<br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT INLAND WESTERN LARKSPUR, LLC**<br><br>FRCP 41 (a) (1) (ii). |

Plaintiff Richard Skaff and defendant Inland Western Larkspur, LLC, a Delaware limited liability company, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on April 27, 2005.

Plaintiff Richard Skaff and defendant Inland Western Larkspur, LLC have entered into a "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Inland Western Larkspur, LLC" which settles all aspects of the lawsuit against said defendant. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff Richard Skaff and defendant Inland Western Larkspur, LLC stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Stipulation And Order For Dismissal

1  Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendant
2  Inland Western Larkspur, LLC .
3  Defendant Inland Western Larkspur, LLC, who has answered the complaint, agrees to the
4  dismissal with prejudice.
5  This case is not a class action, and no receiver has been appointed.
6  This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
7  be as valid and binding as original signatures.
8  Wherefore, plaintiff Richard Skaff and defendant Inland Western Larkspur, LLC, by and
9  through their attorneys of record, so stipulate.

Date: 4/26/06                                         SIDNEY J. COHEN
                                                      PROFESSIONAL CORPORATION

                                                      /s/ Sidney J. Cohen
                                                      _____
                                                      Sidney J. Cohen
                                                      Attorney for Richard Skaff

Date: 4/19/06                                         GREENBERG TRAURIG

                                                      Michael Drury
                                                      _____
                                                      Michael Drury
                                                      Attorney For Defendant
                                                      Inland Western Larkspur, LLC

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendant Inland Western Larkspur, LLC is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Inland Western Larkspur, LLC."

Date: 5/2/2006                                        /s/ Martin J. Jenkins
                                                      _____
                                                      Martin J. Jenkins
                                                      United States District Judge

Stipulation And Order For Dismissal                -1-