```
1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone:  (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>    Plaintiff,<br><br>V.<br><br>LARKSPUR LANDING, LLC; INLAND WESTERN LARKSPUR, L.L.C.; BED BATH & BEYOND INC.; MARIN BREWING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP; NOONAN'S, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 05-1746 MJJ<br><u>Civil Rights</u><br><br>ORDER GRANTING **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY**<br><br>FRCP 41 (a) (1) (ii). |

    Plaintiff Richard Skaff and defendant Bed Bath & Beyond of California Limited Liability Company, erroneously sued as "Bed Bath & Beyond Inc," by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

    Plaintiff filed this lawsuit on April 27, 2005.

    Plaintiff Richard Skaff and defendant Bed Bath & Beyond of California Limited Liability Company have entered into a "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Bed Bath & Beyond of California Limited Liability Company" which settles all aspects of the lawsuit against said defendant. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff Richard Skaff and defendant Bed Bath & Beyond of California Limited Liability Company stipulate to the court

retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendant Bed Bath & Beyond of California Limited Liability Company.

Defendant Bed Bath & Beyond of California Limited Liability Company, who has answered the complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, plaintiff Richard Skaff and defendant Bed Bath & Beyond of California Limited Liability Company, by and through their attorneys of record, so stipulate.

Date: 4/26/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Richard Skaff

Date: 4/20/06

BINGHAM McCUTCHEN LLP

/s/ Zak Smith

for Debra L. Fischer
Attorney For Defendant Bed Bath & Beyond of California Limited Liability Company

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendant Bed Bath & Beyond of California Limited Liability Company is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendant Bed Bath & Beyond of California Limited Liability Company."

Date: 5/10/2006

Martin J. Jenkins
United States District Judge

Stipulation And Order For Dismissal -1-