SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>    Plaintiff,<br><br>V.<br><br>LARKSPUR LANDING, LLC; INLAND WESTERN LARKSPUR, L.L.C.; BED BATH & BEYOND INC.; MARIN BREWING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP; NOONAN'S, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C 05-1746 MJJ<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANTS MARIN BREWING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP, AND NOONAN'S, A CALIFORNIA LIMITED PARTNERSHIP** GRANTED<br><br>FRCP 41 (a) (1) (ii). |

    Plaintiff Richard Skaff and defendants Marin Brewing Company, a California Limited Partnership, and Noonan's, a California Limited Partnership, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

    Plaintiff filed this lawsuit on April 27, 2005.

    Plaintiff Richard Skaff and defendants Marin Brewing Company, a California Limited Partnership, and Noonan's, a California Limited Partnership, have entered into a "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendants Marin Brewing Company, a California Limited Partnership, and Noonan's, a California Limited Partnership" which settles all aspects of the lawsuit against said defendants. The "Mutual Release

1  And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff
2  Richard Skaff and defendants Marin Brewing Company, a California Limited Partnership, and
3  Noonan's, a California Limited Partnership, stipulate to the court retaining jurisdiction to enforce
4  the "Mutual Release And Settlement Agreement."

5      Plaintiff Richard Skaff moves to dismiss with prejudice the Complaint against defendants
6  Marin Brewing Company, a California Limited Partnership, and Noonan's, a California Limited
7  Partnership.

8      Defendants Marin Brewing Company, a California Limited Partnership, and Noonan's, a
9  California Limited Partnership, who have answered the complaint, agrees to the dismissal with
10 prejudice.

11     This case is not a class action, and no receiver has been appointed.

12     This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
13 be as valid and binding as original signatures.

14     Wherefore, plaintiff Richard Skaff and defendants Marin Brewing Company, a California
15 Limited Partnership, and Noonan's, a California Limited Partnership, by and through their
16 attorneys of record, so stipulate.

17 Date: 6/12/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Richard Skaff

/s/ Kevin F. Bernie

21 Date: 6/1/06

_____
Kevin F. Bernie, Esq.
Attorney for Defendants Marin Brewing
Company, a California Limited Partnership
and Noonan's, a California Limited
Partnership

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Complaint against defendants Marin Brewing Company, a California

Limited Partnership, and Noonan's, a California Limited Partnership is dismissed with

Stipulation And Order For Dismissal     -1-

prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement Between Plaintiff Richard Skaff And Defendants Marin Brewing Company, a California Limited Partnership, and Noonan's, a California Limited Partnership."

Date: 6/22/2006

_____
Martin J. Jenkins
United States District Judge